**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2636 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 109 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 206668 |
| | : | |
| ERIKA ROXANNE GROVES, | : | (Lawrence County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of October, 2019, upon consideration of Recommendations of the Disciplinary Board dated September 12, 2019, the Order of this Court, entered on August 23, 2019, is dissolved, and Respondent is reinstated to the practice of law.